UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDOLPH R. SMITH,  :
 :  Civil No. 1:20-cv-00840
  Plaintiff,  :
 v.  :  HONORABLE PAUL L. MALONEY
 :
ANDREW SAUL,  :  HONORABLE PHILLIP J. GREEN
Commissioner of  :
Social Security,  :
 :
  Defendant.  :

## JUDGMENT

     Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered for Plaintiff, reversing the Commissioner's final decision and remanding this action to the Social Security Administration for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g).


Dated:  April 19, 2021              /s/ Paul L. Maloney
                                                                     Paul L. Maloney
                                                                     United States District Judge